UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEED SERVICES, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WINSOR GRAIN, INC., a Minnesota corporation, WILLIAM L. COOK, an individual, and DOES 1 through 35, inclusive,<br><br>　　　　　Defendants. | CASE NO. 1:10-CV-2185 AWI GSA<br><br>ORDER VACATING HEARING DATE OF FEBRUARY 7, 2011 AND TAKING MATTER UNDER SUBMISSION |

　　　Defendants have filed a motion to dismiss for failure to state a claim. Doc. 8.  Plaintiff opposes the motion. Doc. 12.  Defendants filed a reply. Doc. 13.  The court has reviewed the papers filed and has determined that the motion is suitable for decision without further oral argument. See Local Rule 230(g).

　　　Therefore, IT IS HEREBY ORDERED that the previously set hearing date of February 7, 2011, is VACATED, and no party shall appear at that time.  As of that date, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:　　February 2, 2011　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

1