UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEED SERVICES, INC., a California corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>WINSOR GRAIN, INC., a Minnesota corporation, WILLIAM L. COOK, an individual, and DOES 1 through 35, inclusive,<br><br>        Defendants.<br>_____<br><br>WILLIAM L. COOK, an individual, and WINDSOR GRAIN, INC., a Minnesota corporation,<br><br>        Counterclaimants,<br><br>    v.<br><br>SEED SERVICES, INC., a California corporation,<br><br>        Counterdefendant.<br>_____ | CASE NO. 1:10-CV-2185 AWI GSA<br><br>**ORDER SETTING UP A BRIEFING SCHEDULE FOR PRELIMINARY INJUNCTION** |

    On December 1, 2011, Plaintiff Seed Services, Inc. ("Seed Services") made a motion for temporary restraining order and order to show cause why a preliminary injunction should not issue. Doc. 39.  Plaintiff has given notice to Defendants and set up a hearing on the matter on

December 5, 2011.  Having reviewed the papers, the court has determined that the matter is best handled as a full preliminary injunction motion.  In key part, the court notes that Plaintiff has not provided any briefing on what bond amount if any is appropriate to support a temporary restraining order.  This information is necessary to determine whether an order should issue.

It is ORDERED that:

The December 5, 2011 hearing is vacated.

Plaintiff will file additional briefing discussing the appropriate amount of security to support a preliminary injunction by 1:00 PM, Wednesday, December 7, 2011.

Defendants will file an opposition by 4:00 PM, Friday, December 9, 2011.

Plaintiffs will file a reply by 4:00 PM, Tuesday, December 13, 2011.

A hearing on the preliminary injunction will be held at 3:00 PM, Friday, December 16, 2011.

IT IS SO ORDERED.

Dated:   December 6, 2011

CHIEF UNITED STATES DISTRICT JUDGE