T. SCOTT BELDEN, CSB No. 184387
PAUL C. FRANCO, CSB No. 203899
KALEB L. JUDY, CSB No. 266909
KLEIN, DENATALE, GOLDNER,
  COOPER, ROSENLIEB & KIMBALL, LLP
4550 California Avenue, Second Floor
Bakersfield, California 93309
P.O. Box 11172
Bakersfield, California 93389-1172
Telephone: (661) 395-1000
Facsimile: (661) 326-0418
E-Mail:  sbelden@kleinlaw.com; kjudy@kleinlaw.com

Attorneys for Plaintiff and Cross-Defendant Seed Services, Inc.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

| | |
|---|---|
| SEED SERVICES, INC., a California corporation,<br><br>              Plaintiff,<br><br>     vs.<br><br>WINSOR GRAIN, INC., a Minnesota corporation, WILLIAM L. COOK, an individual, and DOES 1 through 35, Inclusive.<br><br>              Defendants.<br><br>WILLIAM L. COOK, an individual, and WINSOR GRAIN, INC., a Minnesota corporation,<br><br>              Counterclaimants,<br><br>     vs.<br><br>SEED SERVICES, INC., a California corporation,<br><br>              Counterdefendant. | Case No.  1:10-cv-02185-AWI-GSA<br><br>Stipulation to continue hearing on preliminary injunction from March 26, 2012, to April 2, 2012, and ~~request for~~ order |

Plaintiff and cross-defendant SEED SERVICES, INC., by and through its attorneys, Klein, DeNatale, Goldner, Cooper, Rosenlieb & Kimball, LLP, and defendants and cross-complainants WINSOR GRAIN, INC. AND WILLIAM COOK, by through their attorneys, Gilmore Wood Vinnard & Magness, hereby stipulate and agree to the terms of this Stipulation and Order, and the Court hereby approves this Stipulation and enters the Order thereon.

**Recitals**

1. On March 8, 2012, Seed Services, Inc. ("Seed Services") filed a motion seeking a temporary restraining order and a preliminary injunction against Defendants Winsor Grain, Inc., and William L. Cook (the "Motion").

2. On March 9, 2012, the court entered its Order re: Temporary Restraining Order. That Order set the following relevant deadlines and dates:

- March 19, 2012, at 4:00 p.m.: deadline for Defendants to file any responsive papers to the Motion.
- March 21, 2012, at 4:00 p.m.: deadline for Plaintiff to file any reply papers regarding the Motion.
- March 26, 2012, at 1:30 p.m.: Hearing on the motion for preliminary injunction.

3. Plaintiff's counsel has a previously-scheduled hearing in Riverside California that would make it impossible for him to attend the hearing on March 26.

**Stipulation**

IT IS HEREBY STIPULATED AND AGREED by and between the parties that:

1. The deadlines and dates set by the court's March 9, 2012, Order re: Temporary Restraining Order are to be vacated, and the following deadlines and hearing dates set:

- March 26, 2012, at 4:00 p.m.: deadline for Defendants to file any responsive papers to the Motion.
- March 28, 2012, at 4:00 p.m.: deadline for Plaintiff to file any reply papers regarding the Motion.
- April 2, 2012, at 1:30 p.m.: Hearing on the motion for preliminary injunction.

2. In all other respects the court's March 9, 2012, Order re: Temporary Restraining Order is to remain in effect until the date of the hearing on the motion for preliminary injunction.

IT IS SO STIPULATED.

Dated: _3/16/12_____

                GILMORE WOOD VINNARD & MAGNESS

                By: __/s/ Scott L. Jones_____

                  DAVID MALCOLM GILMORE
                  SCOTT L. JONES

Dated: _3/16/12_____

                KLEIN, DeNATALE, GOLDNER,
            COOPER, ROSENLIEB & KIMBALL, LLP

                By: ____/s/ T. Scott Belden_____
                  T. SCOTT BELDEN
                  PAUL C. FRANCO
                  KALEB L. JUDY

                          ORDER

IT IS SO ORDERED.

Dated: __March 16, 2012__            _____
                                          CHIEF UNITED STATES DISTRICT JUDGE