UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEED SERVICES, INC., a California corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>WINSOR GRAIN, INC., a Minnesota corporation, WILLIAM L. COOK, an individual, and DOES 1 through 35, inclusive,<br><br>            Defendants. | CASE NO. 1:10-CV-2185 AWI GSA<br><br>ORDER VACATING TRIAL DATE AND SETTING A TELEPHONIC CONFERENCE |

The trial in this case is set to begin on Tuesday, February 5, 2013.  Unfortunately, the court's trial schedule will not allow that to take place.  The trial date, and all associated dates, are VACATED.  A telephonic scheduling conference to reschedule the trial is set for March 4, 2013 at 3:00 PM.

IT IS SO ORDERED.

Dated:    February 1, 2013

_____
SENIOR  DISTRICT  JUDGE

1