# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEED SERVICES, INC., a California corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>WINSOR GRAIN, INC., a Minnesota corporation, WILLIAM L. COOK, an individual, and DOES 1 through 35, inclusive,<br><br>  Defendants. | CASE NO. 1:10-CV-2185 AWI GSA<br><br>**ORDER SETTING TRIAL**<br><br>**Trial Confirmation Hearing:**<br>   **May 20, 2013**<br>   **3:00 PM, Courtroom 2**<br><br>Trial: June 4, 2013<br>   8:30 AM, Courtroom 2 |

To prepare for trial on June 4, 2013, the parties must take the following steps:

The parties are ordered to file and serve their final list of witnesses by 2:00 PM, on May 30, 2013. Additionally, at that time Plaintiff shall disclose the order of witnesses so that Defendants will be prepared for cross-examination.

Counsel shall create five (5) complete, legible sets of exhibits in binders. Three sets are to be delivered to the Courtroom Clerk by 2:00 PM, on May 30, 2013 for the court's use. The other two sets are for each counsel's use. A fifth set may be used for the purpose of questioning witnesses.

By 2:00 PM, on May 30, 2013, each party shall file a list of all discovery documents the party intends to use at trial. The list shall indicate whether each discovery document has previously been lodged with the Clerk. If the discovery document has not been previously

1 | lodged, the party shall so lodge the document with the Courtroom Clerk by 2:00 PM, on May 30,
2 | 2013.

4 | IT IS SO ORDERED.

5 | Dated:   March 8, 2013

6 |                               SENIOR DISTRICT JUDGE