UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEED SERVICES, INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>WINSOR GRAIN, INC., a Minnesota corporation, WILLIAM L. COOK, an individual, and DOES 1 through 35, inclusive,<br><br>    Defendants. | CASE NO. 1:10-CV-2185 AWI GSA<br><br>ORDER VACATING TRIAL DATE |

    The court received verbal notifications from the counsel of all parties on Monday, June 3, 2013 that they have settled all disputes between them.  Trial is currently set for Wednesday, June 5, 2013.  Due to the tight time frame, the parties are unable to file their settlement before trial is scheduled to begin.  Based on the verbal stipulation of the parties, the trial date and all associated deadlines are VACATED.  A telephonic status conference is set for July 8, 2013 at 1:30 PM to resolve any final issues.

IT IS SO ORDERED.

Dated:   June 4, 2013

                                       SENIOR  DISTRICT  JUDGE