1  DAVID M. GILMORE, #105429
   dgilmore@gwvm.com
2  GILMORE, WOOD, VINNARD & MAGNESS
   P.O. Box 28907
3  Fresno, CA 93729-8907
   Telephone: (559) 448-9800
4  Facsimile: (559) 448-9899

5  Attorneys for Winsor Grain, Inc. and
   William L. Cook

**FILED**
JUL 05 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| SEED SERVICES, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>WINSOR GRAIN, INC., a Minnesota corporation, WILLIAM L. COOK, an individual, and DOES 1 through 35, inclusive,<br><br>Defendants. | CASE NO. 1:10-cv-02185-AWI-GSA<br><br>STIPULATION TO CONTINUE STATUS HEARING SET FOR JULY 8, 2013<br><br>Judge: Anthony W. Ishii |

Plaintiff and Cross Defendant, Seed Services, Inc., by and through its counsel, T. Scott Belden, and Defendants and Cross Claimants, Winsor Grain, Inc. and William Cook, through their counsel, David Gilmore, stipulate as follows:

1.  The parties have entered into a written settlement agreement that has now been signed by all parties.

2.  The settlement calls for payment by Defendants to Plaintiff within a certain period of time and the payment time has not yet passed. Defendants intend to make a timely payment as called for in the settlement agreement.

3.  The court scheduled a status hearing in this matter for July 8, 2013 at 1:30 p.m. In light of the settlement, the parties believe that the status hearing is not necessary at this time. If the payment is made pursuant to the terms of the settlement

GILMORE, WOOD,
VINNARD & MAGNESS
A PROFESSIONAL CORPORATION
P.O. BOX 28907
FRESNO, CA 93729-8907

9062-0\00303945.000

1 | agreement, the parties will file a stipulation to dismiss the entire case. A status hearing
2 | would only be necessary in the event that the payment is not made or the dismissal is not
3 | filed.
4 |     4. The status hearing should be continued to August 26, 2013 at 1:30
5 | p.m. before the Honorable Judge Anthony Ishii. In the event that the stipulation to dismiss
6 | the case is on file before that time and the matter has been dismissed, the hearing will be
7 | taken off calendar.
8 | DATED: July 3, 2013      GILMORE, WOOD, VINNARD & MAGNESS

By: _____
David M. Gilmore
Attorneys for Winsor Grain, Inc. and
William L. Cook

14 | DATED: July 2, 2013      KLEIN, DENATALE, GOLDNER, COOPER, ROSENLIEB & KIMBALL, LLP

By: _____
T. SCOTT BELDEN
Attorneys for SEED SERVICES, INC.

It is so Ordered. Dated: 7-5-13

_____
~~United States District~~ Judge