1 | DAVID M. GILMORE, #105429
    dgilmore@gwvm.com
2 | GILMORE, WOOD, VINNARD & MAGNESS
    P.O. Box 28907
3 | Fresno, CA 93729-8907
    Telephone: (559) 448-9800
4 | Facsimile: (559) 448-9899

**FILED**

JUL 05 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

5 | Attorneys for Winsor Grain, Inc. and
    William L. Cook
6 |

7 | UNITED STATES DISTRICT COURT

8 | EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

9 |

10 | SEED SERVICES, INC., a California
     corporation,
11 |                  Plaintiff,
12 |
          v.
13 |
14 | WINSOR GRAIN, INC., a Minnesota
     corporation, WILLIAM L. COOK, an
     individual, and DOES 1 through 35,
15 | inclusive,
16 |                  Defendants.
17 |

CASE NO. 1:10-cv-02185-AWI-GSA

STIPULATION TO CONTINUE STATUS
HEARING SET FOR JULY 8, 2013

Judge:  Anthony W. Ishii

18 | Plaintiff and Cross Defendant, Seed Services, Inc., by and through its

19 | counsel, T. Scott Belden, and Defendants and Cross Claimants, Winsor Grain, Inc. and

20 | William Cook, through their counsel, David Gilmore, stipulate as follows:

21 | 1. The parties have entered into a written settlement agreement that has

22 | now been signed by all parties.

23 | 2. The settlement calls for payment by Defendants to Plaintiff within a

24 | certain period of time and the payment time has not yet passed. Defendants intend to make

25 | a timely payment as called for in the settlement agreement.

26 | 3. The court scheduled a status hearing in this matter for July 8, 2013 at

27 | 1:30 p.m. In light of the settlement, the parties believe that the status hearing is not

28 | necessary at this time. If the payment is made pursuant to the terms of the settlement

GILMORE, WOOD,
VINNARD & MAGNESS
A PROFESSIONAL CORPORATION
P.O. BOX 28907
FRESNO, CA 93729-8907

9062-0\00303945.000

1 | agreement, the parties will file a stipulation to dismiss the entire case. A status hearing
2 | would only be necessary in the event that the payment is not made or the dismissal is not
3 | filed.

4 |          4.          The status hearing should be continued to August 26, 2013 at 1:30
5 | p.m. before the Honorable Judge Anthony Ishii. In the event that the stipulation to dismiss
6 | the case is on file before that time and the matter has been dismissed, the hearing will be
7 | taken off calendar.

8 | DATED: July $\underline{3}$, 2013               GILMORE, WOOD, VINNARD & MAGNESS

10 |                                              By: _____
11 |                                                    David M. Gilmore
12 |                                                    Attorneys for Winsor Grain, Inc. and
                                                       William L. Cook

14 | DATED: July $\underline{5}$, 2013               KLEIN, DENATALE, GOLDNER, COOPER,
                                                       ROSENLIEB & KIMBALL, LLP

17 |                                              By: _____
18 |                                                    T. SCOTT BELDEN
                                                       Attorneys for SEED SERVICES, INC.
19 |                                              It is so Ordered.  Dated:  7-5-13

21 |                                              United States District Judge

GILMORE, WOOD,
VINNARD & MAGNESS
A PROFESSIONAL CORPORATION
P.O. BOX 28907
FRESNO, CA 93729-8907

9062-0\00303945.000                                                 2