DAVID M. GILMORE, #105429
dgilmore@gwvm.com
GILMORE, WOOD, VINNARD & MAGNESS
P.O. Box 28907
Fresno, CA 93729-8907
Telephone: (559) 448-9800
Facsimile: (559) 448-9899

Attorneys for Winsor Grain, Inc. and
William L. Cook

THOMAS V. DENATALE, JR. #65620
CONNIE M. PARKER, #254484
cparker@kleinlaw.com
KLEIN, DENATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP
4550 Bakersfield, California 93309
P.O. Box 11172
Bakersfield, California 93389-1172
Telephone: (661) 395-1000
Facsimile: (661) 326-0418

Attorneys for Seed Services, Inc.

**FILED**

JUL 26 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| SEED SERVICES, INC., a California corporation,<br><br>    Plaintiff,<br><br>v.<br><br>WINSOR GRAIN, INC., a Minnesota corporation, WILLIAM L. COOK, an individual, and DOES 1 through 35, inclusive,<br><br>    Defendants. | CASE NO. 1:10-cv-02185-AWI-GSA<br><br>**STIPULATION AND PROPOSED ORDER FOR DISMISSAL AND RELEASE OF PRELIMINARY INJUNCTION BOND**<br><br>Judge: Hon. Anthony W. Ishii |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

THE PARTIES HEREBY PROVIDE NOTICE THAT this entire case has been settled. The parties have executed a settlement agreement, and the terms of that

agreement have been satisfied. The parties hereby stipulate and agree that the Complaint and Defendants/Counter-Complainants' Counter-Complaint be dismissed in its entirety with prejudice.

The parties also stipulate and agree that the $25,000.00 bond (Bond Number 0558944) Seed Services posted as security for the preliminary injunction ordered on April 11, 2012 is to be released in its entirety and Defendants/Counter-claimants make no claim to that bond.

WHEREAS, the undersigned representatives of each party certify that they are fully authorized by the party they represent to agree to the dismissal of this action with prejudice and release of the preliminary injunction bond. The terms of this stipulation shall become effective upon entry and approval of this stipulation by the Court.

**IT IS SO STIPULATED.**

DATED: July ___, 2013           GILMORE, WOOD, VINNARD & MAGNESS

By: _____
David M. Gilmore
Attorneys for Winsor Grain, Inc. and
William L. Cook

DATED: July 25, 2013           KLEIN, DENATALE, GOLDNER, COOPER,
ROSENLIEB & KIMBALL, LLP

By: _Connie M. Parker_
Connie M. Parker Attorneys for Seed Services, Inc.

///
///
///
///
///

1  Based on the parties' stipulation, IT IS SO ORDERED that the Complaint
2  and Counter-Complaint be dismissed with prejudice.
3  The $25,000.00 preliminary injunction bond posted by Seed Services as
4  Bond No. 0558944 shall be released in its entirety.
5  DATED: July 26, 2013

JUDGE OF THE UNITED STATES DISTRICT
COURT FOR THE EASTERN DISTRICT OF
CALIFORNIA

GILMORE, WOOD,
VINNARD & MAGNESS
A Professional Corporation
P.O. Box 28907
Fresno, CA 93729-8907

9062-000303994.000

3

1:10-cv-02185-AWI-GSA
STIPULATION AND PROPOSED ORDER